

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00501-CV

Rene **CERVANTES**,
Appellant

v.

Lisa M. **CERVANTES**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013CVG001776-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the final divorce decree is AFFIRMED. It is ORDERED that appellee, Lisa M. Cervantes, recover her costs of this appeal from appellant, Rene Cervantes.

SIGNED September 21, 2016.

Marialyn Barnard, Justice